# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ADRIANA RAMIREZ and RODNEY RUIZ, § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> HOMEBRIDGE FINANCIAL SERVICES, INC., *et al.*, § <br> *Defendants*. § | | CIVIL ACTION H-19-178 |

## Order

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 13. The M&R recommends granting defendants New Penn Financial and Barrett Daffin Frappier Turner & Engel, LLP's motions to dismiss (Dkts. 4, 6). The M&R also recommends dismissing plaintiffs Adriana Ramirez and Rodney Ruiz's (collectively, "Plaintiffs") claims against defendant Homebridge Financial Services, Inc. ("Homebridge") for failure to prosecute.

Objections to the M&R were due on July 11, 2019, but Plaintiffs have not filed any objections to date. *See* Dkt. 13. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motion, M&R, pleadings, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 13). For the reasons stated in the M&R, the pending motions to dismiss (Dkts. 4, 6) are GRANTED. Plaintiffs' claims against Homebridge are also DISMISSED WITHOUT PREJUDICE for the reasons stated in the M&R.

Signed at Houston, Texas on July 17, 2019.

_____
Gray H. Miller
Senior United States District Judge